UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MELVIN BROWN, et al** | * | **CIVIL ACTION NO. 5:25-cv-00762** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE DOUGHTY** |
| | * | |
| **CLEAR BLUE INSURANCE CO ET AL** | * | **MAGISTRATE JUDGE HORNSBY** |
| | * | |
| * * * * * * * | | |

## JOINT 12(b)(6) MOTION TO DISMISS FRAUD CLAIMS

**NOW INTO COURT,** through undersigned counsel, come Defendants, Vorto Operations, LLC, Vorto Technologies, LLC, 5F Logistics, LLC, 5F Tours, LLC, and Precision Maintenance Group, LLC (incorrectly sued as ALM Maintenance, LLC), and respectfully move to dismiss the fraud claims asserted by plaintiffs, Melvin Brown and Jeanette Brown, in their Fourth Amended Petition for Damages. Plaintiffs' allegations fail to comply with Federal Rule of Civil Procedure 9(b), which, like Louisiana law, requires fraud to be plead with particularly. La. C.C.P. art. 856. Plaintiffs have failed to do so; therefore, defendants request that this Joint 12(b)(6) Motion to Dismiss be granted and plaintiffs' fraud claims be dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Vorto Operations, LLC and Precision Maintenance Group, LLC both filed exceptions in the state court action. The memoranda in support of the exceptions are attached hereto by reference in accordance with the Removal Order of the Court (R. Doc. 5).[1] Further, Vorto Technologies, LLC, 5F Logistics, LLC, and 5F Tours, LLC, adopt the arguments of the memoranda of Precision

---

[1] The Memoranda are attached hereto as Exhibits 1 and 2 for the Court's convenience.

Maintenance Group, LLC and Vorto Operations, LLC, in their entirety as they are similar situated defendants and the allegations of fraud against them are identical.

    Respectfully submitted,

    */s/ Christian J. St. Martin*

    _____
    MICHAEL H. BAGOT, JR. (#2665)
    CHRISTIAN ST. MARTIN (#38900)
    **WAGNER, BAGOT & RAYER, LLP**
    601 Poydras Street, Suite 1660
    New Orleans, Louisiana 70130
    Telephone: (504) 525-2141
    Facsimile: (504) 523-1587
    E-mail: mbagot@wb-lalaw.com
    E-mail: cstmartin@wb-lalaw.com
    *Attorneys for Vorto Operations, LLC, Vorto Technologies, LLC, 5F Logistics, LLC, 5F Tours, LLC, and Precision Maintenance Group, LLC*