UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MELVIN BROWN, ET AL.** | * | **CIVIL ACTION NO: 5:25-CV-00762** |
| | * | |
| | * | **SECTION A(3)** |
| **vs.** | * | |
| | * | **JUDGE: TERRY A. DOUGHTY** |
| **GOAUTO INSURANCE** | * | |
| **COMPANY, ET AL** | * | **MAGISTRATE: MARK HORNSBY** |

## AETHON'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

NOW INTO COURT, through undersigned counsel, comes Aethon Energy Operating, LLC ("Aethon") a Defendant in the above-captioned matter, who pursuant to Rule 12(b)(6) respectfully moves to dismiss the claims of Melvin Brown and Jeanette Brown ("Plaintiffs") as asserted in the Fourth Amended Petition for Damages (the "Petition"). The scant facts that are set forth in the Petition as to Aethon are general and conclusory and fail to state a claim against Aethon. Based upon the face of the Petition, it appears that Plaintiffs are attempting to assert two claims against Aethon: (a) negligent spoliation, and (b) general negligence. However, Louisiana law does not recognize a claim for negligent spoliation. Further, the Petition is devoid of any well-pleaded allegations that Aethon owed a duty to Plaintiffs or that Aethon's acts or omissions were a proximate cause to Plaintiffs' injuries.

For the reasons stated herein, and the accompanying memorandum in support, Aethon prays that its motion be granted and that all claims by Plaintiffs against Aethon be dismiss with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]

---

[1] Prior to this matter being removed to federal court, Aethon filed its Exceptions to Fourth Amended Petition for Damages in state court. See Rec. Doc. 15-2. To the extent applicable to the Federal Rules of Civil Procedure, Aethon incorporates the arguments and authorities stated therein.

By Attorneys,

OTTINGER HEBERT, L.L.C.

  /s/ Ryan P. McAlister
J. Michael Fussell, Jr. (Bar Roll No. 29870)
Ryan P. McAlister (Bar Roll No. 37788)
1313 West Pinhook Road (70503)
Post Office Drawer 52606
Lafayette, Louisiana 70505-2606
Telephone: (337) 232-2606
Facsimile: (337) 232-9867
Email: mfussell@ohllc.com
Email: rpmcalister@ohllc.com

*Counsel for Aethon Energy Operating, LLC*