UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MELVIN BROWN and JEANETTE BROWN | CIVIL ACTION NO. 5:25-CV-00762 |
| VERSUS | DISTRICT JUDGE DOUGHTY |
| GO AUTO INSURANCE COMPANY, ET AL | MAGISTRATE JUDGE HORNSBY |

**RULE 12(b)(6) MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT ALPINE SILICA, LLC**

**NOW INTO COURT**, through undersigned counsel, comes defendant Alpine Silica, LLC, who moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims asserted it by plaintiffs Melvin Brown and Jeanette Brown, with prejudice, for failure to state a claim upon which relief can be granted for the reasons set forth in the accompanying memorandum.

Respectfully submitted:

**BURGLASS TANKERSLEY
GAUDIN PHAYER**

*/s Gregory C. Fahrenholt*
**ANDRÉ C. GAUDIN  (20191)
GREGORY C. FAHRENHOLT (#2857)**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0414
Telefax: (504) 287-0454
Email: agaudin@burglass.com
        gfahrenholt@burglass.com
Attorneys for defendant, Alpine Silica, LLC,

1

4910-2517-6660, v. 1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of July, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

              */s Gregory C. Fahrenholt*
              GREGORY C. FAHRENHOLT

4910-2517-6660, v. 1