# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **MELVIN BROWN ET AL** | **CIVIL ACTION NO. 25-cv-762** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLEAR BLUE INSURANCE CO ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 77], and having thoroughly reviewed the record, including the written objections filed [Doc. No. 95], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Plaintiffs' Motion to Remand [Doc. No. 29] is **GRANTED** and that this civil action is remanded to the 42nd Judicial District Court, DeSoto Parish, Louisiana. Some of the defendants have filed an answer or motion to dismiss in this Court. They will need to ensure that any necessary filings are refiled in state court, and Plaintiffs will need to refile in state court any related memoranda in opposition.

MONROE, LOUISIANA, this 12th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE